437 A.2d 1244

**COMMONWEALTH of Pennsylvania**

v.

**Lewis K. BAKER, Appellant.**

Superior Court of Pennsylvania.

Submitted Dec. 5, 1980.

Filed Dec. 4, 1981.

Shaubut C. Walz, III, Public Defender, Newport, for appellant.

Charles J. Rehkamp, Dist. Atty., New Bloomfield, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

PER CURIAM:

Appellant was sentenced twice on Count 5 of the charges and was sentenced on Count 20, of which he was not convicted. Judgment of sentence entered November 21, 1979 is vacated and this case remanded for re-sentencing. Jurisdiction is not to be retained by this court.